UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00065-JPH-DML ) |
| RICKEY HIXON, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [44].  The Court now **ORDERS** that Mr. Hixon's supervised release is therefore **REVOKED**, dkt. [34], and Mr. Hixon is sentenced to the custody of the Attorney General or his designee for imprisonment of six months with 36 months' supervised release to follow. This six-month sentence is held in abeyance.  If, during the course of supervised release, Mr. Hixon is found to have violated his conditions of supervised release, Mr. Hixon is subject to an additional sentence of six months' incarceration to be served consecutively to any sentence received. The conditions of supervised release are set forth in the Report and Recommendation, dkt. 44.

**SO ORDERED.**

Date: 10/22/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal