UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:15-cr-0065JPH-DML |
| ) | |
| RICKEY HIXON, ) | - 01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On September 28, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 4, 2021. Defendant Hixon appeared in person with his appointed counsel Sam Ansell. The government appeared by Nick Linder, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Hixon of his rights and provided him with a copy of the petition. Defendant Hixon orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No. 50.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation numbers 2, 3, 4, 5, and 6 dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit federal, state or local crime."** |
| | On May 24, 2021, a warrant was been issued in Marion County, Indiana, under cause number 49D20-2105-F5-016197, charging Mr. Hixon with Burglary, a Level 5 felony, and Attempted Theft of a Motor Vehicle, a Level 6 felony. According to the Probable Cause Affidavit, Mr. Hixon used a crowbar to break into a business located at 2015 East Street. Additionally, the offender allegedly broke the window out of a work van located on the property and attempted to steal it. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months with no supervised release to follow. Defendant requested placement at a facility close to Indianapolis, Indiana with substance abuse treatment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 18 months with no supervised release to follow. The Magistrate Judge will recommend placement at a facility close to Indianapolis, Indiana with substance abuse treatment. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/30/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system