UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00065-JPH-DML ) |
| RICKEY HIXON, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Doris L. Pryor's Report and Recommendation and all findings therein, dkt. [59]. The Court now **ORDERS** that Rickey Hixon's supervised release is therefore **REVOKED**, dkt. [50], and Mr. Hixon is sentenced to the custody of the Attorney General or his designee for imprisonment of 18 months with no supervised release to follow. The Court recommends placement at a facility close to Indianapolis, Indiana, with substance abuse treatment. Violation numbers 2, 3, 4, 5, and 6 are **DISMISSED**.

**SO ORDERED.**

Date: 10/3/2022

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana